UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CROSSROADS GRASSROOTS POLICY STRATEGIES, ) ) ) | |
| Plaintiff, ) | Civil Action No. 11-2202 (ABJ) |
| ) ) | ECF |
| v. ) ) | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ) ) ) | |
| Defendant. ) ) | |

## DEFENDANT'S FIFTH STATUS REPORT

Pursuant to the Court's July 9, 2012 Order, Defendant, the United States Department of Health and Human Services ("HHS" or "the Agency"), by and through undersigned counsel, respectfully submits this fifth status report in connection with the Agency's response to Plaintiff's April 19, 2011 request under the Freedom of Information Act ("FOIA"). As of the parties' last status report, filing on July 9, 2012, the parties reached an agreement narrowing the scope of the two principle items of Plaintiff's request (*see* items ii and iii, *infra*), which seek internal and external communications about applications for participation in the Early Retiree Reinsurance Program established pursuant to Section 1102 of the Patient Protection and Affordable Care Act. This report is limited to the parties' agreement with respect to these remaining disclosures.[1] Defendant proposes filing another status report in 60 days or by November 6, 2012.

### Plaintiff's FOIA request

1.   On April 19, 2011, Plaintiff submitted a FOIA request to HHS for the following

---

[1] Undersigned counsel recognizes that this report was due by September 7, 2012. Counsel was unable to meet the deadline due to illness on that date and requests that the Court accept this report one day out of time.

information:

    i. All applications for participation in the Early Retiree Reinsurance Program ("ERRP") established pursuant to Section 1102 of the Patient Protection and Affordable Care Act.

    ii. Any and all memoranda, guidance, directives, instructions and other documents – whether electronic or written and whether distributed internally or externally – relating to the criteria to be applied by HHS in deciding whether to grant or deny any applications for participation in the ERRP.

    iii. Any and all memoranda, notes, letters and other documents – whether electronic or written and whether distributed internally or externally – relating to the criteria to be applied by HHS in deciding whether to grant or deny applications for participation in the ERRP, including but not limited to any letters submitted to HHS in support of or against such application, such as any letters submitted by members of the United States Congress, state officials or local officials.

    iv. All claims for reimbursement submitted to HHS under the ERRP.

    v. Any and all memoranda, guidance, directives, instructions and other documents – whether electronic or written and whether distributed internally or externally – relating to the criteria to be applied by HHS in deciding whether to pay a claim submitted for reimbursement under the ERRP.

    vi. Any and all memoranda, notes, letters and other documents – whether electronic or written and whether distributed internally or externally – relating to the approval, denial or consideration of claims for reimbursement under the ERRP, including but not limited to any letters submitted to HHS in support of or against such claims for reimbursement, such as any letters submitted by members of the United States Congress, state officials or local officials.

*Id.*

    2.    HHS acknowledged receipt of Plaintiff's request on April 22, 2011. Plaintiff's request was forwarded to the Centers for Medicare & Medicaid Services ("CMS"), because the records sought were in the possession of the Center for Consumer Information and Insurance Oversight ("CCIIO"). CCIIO was previously referred to as of the Office of Consumer Information and Insurance Oversight ("OCIIO"), a recently created HHS office charged with helping implement many provisions of the Affordable Care Act, and overseeing the

implementation of the provisions related to private health insurance. As of February 1, 2011, OCIIO became the CCIIO, and a part of CMS.

### The Agency's Rolling Production of Emails Responsive to Items (ii) and (iii)

3. On or about July 5, 2012, the parties agreed that CMS would conduct a search of the emails of four officials who have played a critical or major role in the ERRP application and claims process. The parties agreed that CMS would search emails from March 23, 2010 to April 1, 2012.

4. The parties further agreed that the email search would extend to all emails where one of the four designated officials was a direct recipient ("To") or direct sender ("From")..

5. The parties also agreed to a rolling production of responsive emails.

6. CMS immediately commenced its search for emails.

7. On July 20, 2012, Defendant made its sixth interim response to Plaintiff's FOIA request. Defendant released 114 pages of emails. Of those 114 pages, Defendant released 90 pages in full. Twenty pages were released with redactions under 5 U.S.C. § 552(b)(5) (Exemption (b)(5)), and four pages were released with redactions under 5 U.S.C. § 552(b)(6) (Exemption (b)(6).

8. CMS did not withhold any records in full.

9. On August 22, 2012, Defendant made its seventh interim response to Plaintiff's FOIA request. Defendant released 189 pages of emails, including attachments. Of those 189 pages, Defendant released 182 pages in full. Two pages were released with redactions under Exemption (b)(5) and five pages were released with redactions under Exemption (b)(6).

10. CMS did not withhold any records in full.

11. Defendant will make its next interim releases on September 24 and October 24,

2012.

    12.    CMS proposes filing another status report in 60 days or by November 6, 2012.

                      Respectfully submitted,

                      RONALD C. MACHEN JR, DC Bar # 447889
                      United States Attorney for the District of
                       Columbia

                      DANIEL F. VAN HORN, DC Bar # 924092
                      Acting Chief, Civil Division

By:    /s/
        JOHN G. INTERRANTE
        PA Bar # 61373
        Senior Litigation Counsel
        Civil Division
        555 4th Street, NW, Room E-4808
        Washington, DC  20530
        Tel:    202.514.7220
        Fax:    202.514.8780
        Email:   John.Interrante@usdoj.gov

Of counsel:

Chris Hammond
General Law Division
Office of the General Counsel
U.S. Department of Health and Human Services
330 Independence Avenue, SW
Room 4760 - Cohen Building
Washington, DC 20201